No. 91–8185.  GAYDOS *v.* GAYDOS ET AL., *ante,* p. 1225;

No. 91–8223.  KISKILA ET VIR *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE, ET AL., *ante,* p. 1225;

No. 91–8227.  BAKER *v.* MILLER ET AL., *ante,* p. 1225;

No. 91–8236.  KUDRAKO *v.* ALLSTATE INSURANCE CO., *ante,* p. 1226;

No. 91–8372.  ARNETTE *v.* CHIEF OF POLICE, TOWN OF MC-COLL, SOUTH CAROLINA, ET AL., *ante,* p. 1227;

No. 91–8396.  BORROMEO *v.* UNITED STATES, *ante,* p. 1212;

No. 91–8398.  STEFFENS *v.* DERWINSKI, SECRETARY OF VETERANS AFFAIRS, *ante,* p. 1227; and

No. 91–8465.  JUSINO *v.* UNITED STATES, *ante,* p. 1228.  Petitions for rehearing denied.

No. 91–1709.  IN RE MILLS, 504 U. S. 971.  Motion of petitioner for leave to proceed further herein *in forma pauperis* granted.  Petition for rehearing denied.

No. 91–5550.  FAIN *v.* IDAHO, 504 U. S. 987.  Petition for rehearing denied.  JUSTICE BLACKMUN would call for a response to the petition for rehearing.

No. 91–7390.  ESPINOSA *v.* FLORIDA, *ante,* p. 1079.  Petition for rehearing of petitioner denied.  Petition for rehearing of respondent denied.

SEPTEMBER 8, 1992

No. A–191 (O. T. 1992).  FOX *v.* CHILES, GOVERNOR OF FLORIDA, ET AL.  Application for emergency relief, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

SEPTEMBER 15, 1992

No. 92–5843 (A–209).  JONES *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.  Certiorari denied.

No. 92–5855 (A–215).  JONES *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Va.  Application for